(102 So. 461)

**Ex parte William CROSBY.** (4 Div. 184.)

(Supreme Court of Alabama. Dec. 18, 1924.)

Certiorari to Court of Appeals.

Fleming & Yarbrough, of Enterprise, and Owen & Carmichael, of Elba, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of William Crosby for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Crosby v. State, 20 Ala. App. 344, 102 So. 459.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.